IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ROBERT SHEPARD                                                                                      PLAINTIFF

VS.                                                                                          NO. 2:04CV330-D-B

CITY OF BATESVILLE, MISSISSIPPI, et al.                                                    DEFENDANTS

ORDER GRANTING IN PART AND DENYING IN PART
MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  the Defendant City of Batesville's motion for summary judgment (docket entry 81) is GRANTED in part and DENIED in part;

(2)  the Plaintiffs' claims against the City of Batesville for violations of the Sherman and Clayton Acts are DISMISSED; and

(3)  all other claims made by the Plaintiff survive summary judgment.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 10th day of July 2006.

/s/ Glen. H. Davidson
Chief Judge